**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Evan McCarrick Jerald, | No. CV-24-00363-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Christopher Nanos, et al., | |
| Defendants. | |

On February 18, 2025, Plaintiff filed a Motion for Clarification of the Court's directive that the Government disclose the first names of four[1] Defendants because the United States Marshal is not able to serve them without this information. The Defendants' attorney had previously been directed to disclose the true names of the Roe and Doe Defendants. In response to the Motion for Clarification, the Government provided a copy of its disclosures which it made to Plaintiff on February 13, 2025. It is likely the Plaintiff had not received the disclosures when he filed the Motion for Clarification.

The Clerk of the Court shall complete new service packets, including the first names, for Defendants Tony Manganelli, Luis Moreno, Jesse Contreras, and Joshawa Allen. The Clerk of the Court shall provide the new service packets to the United States Marshal, who shall, thereafter, serve these Defendants pursuant to the directives in the

---

[1] The four Defendants whose names are unknown are: Manganelli, Allen, Moreno, Contreras, and Dominguez. The Court's Order mistakenly identified them as Coronado, Wilhelms, Lindley-Dyer, and Smead, who have all been served and filed Answers.

Service Order. (Order (Doc. 8) at 25 (including among other directives that Marshal retain the Summons, a copy of the Complaint, and a copy of this Order for future use)).

It also appears that the Defendants' attorney has provided identifying information for seven Doe and Roe Defendants. The Court will extend the time for Plaintiff to file a Notice of Substitution. Following the substitution, the Court will direct the Clerks' office to send the Plaintiff service packets for the substituted named Defendants. Plaintiff will be given 21 days to complete and return those service packets for service by the United States Marshal. It appears that any service and appearance by the substituted Defendants will occur well past the time allowed under Fed. R. Civ. P. 16(b)(2), which provides that the Court must enter a Scheduling Order "within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared, unless there is good cause for delay."

**Accordingly,**

**IT IS ORDERED** that the Motion for Clarification (Doc. 38) is GRANTED.

**IT IS FURTHER ORDERED** the Clerk of the Court shall complete new service packets, including the first names for Defendants Tony Manganelli, Luis Moreno, Jesse Contreras, and send them to the United States Marshal for service pursuant to the service Order (Doc. 8).

**IT IS FURTHER ORDERED** that the Plaintiff shall have 14 days from the filing date of this Order to file the Notice of Substitution for the Doe and Roe Defendants.

**IT IS FURTHER ORDERED** that pursuant Fed. R. Civ. P. 16(b)(2), the Court shall issue a Case Management Scheduling Order unless, within 14 days of the filing date of this Order, the parties jointly or separately file a notice showing good cause for delay.

/////
/////
/////
/////
/////

**IT IS FURTHER ORDERED** that the Clerk of the Court SHALL SEAL, Exhibit 1, attached to the Defendants' Response (Doc. 39-1).

Dated this 24th day of February, 2025.

Honorable Cindy K. Jorgenson
United States District Judge