**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Evan McCarrick Jerald, | No. CV-24-00363-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Christopher Nanos, et al., | |
| Defendants. | |

In December of 2024, Plaintiff was unable to secure service on Defendants Allen and Moreno because he did not have their first names. (Docs. 20, 21.) Subsequently, the Court directed counsel for Defendants to disclose their first names, but again service was unsuccessful because these Defendants are no longer employed by at the Pima County Adult Detention Complex (PCADC). (Docs. 46, 47.) On April 8, 2025, Plaintiff filed a Motion to Compel asking the Court to direct Defendants to again disclose information necessary to serve these Defendants. There has been no objection.

For purposes of efficiency, the Court will order Defendants to file Defendants Moreno and Allen's last-known addresses under seal so that they can be served in accordance with the Court's service order.  Alternatively, counsel may file a notice indicating counsel will accept service on behalf of Defendants Moreno and Allen.

**Accordingly,**

**IT IS ORDERED** that the Motion to Compel (Doc. 51) is GRANTED.

**IT IS FURTHER ORDERED** that within 10 days of this Order, counsel for

Defendants must file a notice under seal with Defendants Moreno and Allen's last-known addresses. Alternatively, counsel may file a notice indicating counsel will accept service on behalf of Defendants Moreno and Allen.

**IT IS FURTHER ORDERED** that if counsel files Defendants Moreno and Allen's last-known addresses under seal, the Clerk of Court must prepare a service packet for each Defendant and forward it to the United States Marshal Service for personal service pursuant to Federal Rule of Civil Procedure 4(e)(2).

**IT IS FURTHER ORDERED** that except for disclosure to the United States Marshal Service, Defendants Moreno and Allen's last-known addresses must be kept confidential and any documents relating to service must be filed under seal.

**IT IS FURTHER ORDERED** that a copy of this Order shall be sent to the United States Marshal Service.

**IT IS FURTHER ORDERED** that subsequent to the pending service and simultaneous with their Answers, Defendants may file a Notice with the Court that the case management schedule (Order (Doc. 44)) needs to be modified.

Dated this 1st day of May, 2025.

Honorable Cindy K. Jorgenson
United States District Judge