**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Evan McCarrick Jerald,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　No. CIV 24-363-TUC-CKJ
vs.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　**ORDER**
Christopher Nanos, et al.,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

　　　　Pending before the Court is the Motion for Clarification Regarding [the Court's February 17, 2026] Order (Doc. 118) filed by Plaintiff Evan McCarrick Jerald ("Jerald").

　　　　On February 17, 2026, this Court ordered Jerald to destroy the documents inadvertently provided by non-party NaphCare, Inc. ("NaphCare") (i.e., subparts (c) and (d) Subpoena to Produce Documents, to wit: all documents provided by NaphCare which include private address information, copies of such documents, and any and all documents/records of the information contained within those documents) and to file an affidavit or verified statement pursuant to 28 U.S.C. § 1746(2) with the Court confirming the inadvertently disclosed documents, all copies of the disclosed documents, and any and all records of the information contained within those documents have been destroyed.

　　　　Jerald asserts that, prior to the Court's Order, he returned the documents to NaphCare in response to NaphCare's request. Jerald has filed a verified statement pursuant to 28 U.S.C. § 1746(2) confirming the return of the inadvertently disclosed documents, any copies of the inadvertently disclosed documents, and any records that may have included information from

the inadvertently disclosed documents.[1]  Jerald asserts he is unable to destroy such documents because they have already been returned to NaphCare.

NaphCare has not disputed Jerald's assertions.  The Court accepts Jerald's statements and finds he is in compliance with the Court's February 17, 2026, Order.

*Status of Case*

The Court has issued numerous orders in this case extending the deadline to complete service of process and seeking to assist Jerald in completing service of process (e.g., ordering defense attorney to provide identification and address information).  (Docs. 31, 36, 40, 53, 87, 95, 105).  The efforts to assist in service of process extended past the December 29, 2025, deadline to complete service, Doc. 105, by directing the Clerk of Court preparing and forwarding service packets to the U.S. Marshal Service.  February 3, 2026, Order (Doc. 112).  Despite the efforts of Jerald and this Court, the following Defendants remain unserved: Gilbert Astorga, Gabriel Ruiz, Maritza R. Vargas, and Nichole N. Boyd.[2]  Jerald has not sought to extend the service deadline to complete service of process on these unserved Defendants.

Additionally, deadlines included in the Court's Fed.R.Civ.P. 16 Case Management Scheduling Order have been extended at the request of the parties, with a current deadline of May 28, 2026, for the filing of dispositive motions.  *See* Sept. 26, 2025, Order (Doc. 101).

In light of (1) there being no request for additional time to complete service of process having been made by Jerald, (2) the Court having advised Jerald the failure to complete service of process upon a defendant may result in dismissal, *see* Fed.R.Civ.P. 4(m) (*sua sponte* dismissal without prejudice after notice to plaintiff), (3) no apparent available options

---

[1]Jerald also states he did not copy the inadvertently disclosed documents or record the information contained within the inadvertently disclosed documents and is no longer in possession of information contained within the inadvertently disclosed documents.

[2]All served defendants except Naphcare Registered Nurse Dagmar R. Rose, have filed an Answer.

to complete service of process of the unserved defendants, and (4) the impending deadline for the filing of dispositive motions, the Court finds it appropriate to dismiss the unserved Defendants.

Accordingly, IT IS ORDERED:

1.      The Motion for Clarification Regarding [the Court's February 17, 2026] Order (Doc. 118) is GRANTED.  The Court accepts Jerald's verified statement as compliance with the Court's Order.

2.      Defendants Gilbert Astorga, Gabriel Ruiz, Maritza R. Vargas, and Nichole N. Boyd are DISMISSED WITHOUT PREJUDICE from this action.

DATED this 26th day of May, 2026.

_____
Cindy K. Jorgenson
United States District Judge

- 3 -